UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANTHONY WASHINGTON,**

Plaintiff,

v. **No. 4:26-cv-00450-P**

**ATCO RUBBER PRODUCTS INC ET AL.,**

Defendants.

**ORDER**

On July 13, 2026, the United States Magistrate Judge recommended dismissal of the above-captioned case for failure to comply with the Court's orders. ECF No. 23. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.** All pending motions are **DENIED** as moot.

**SO ORDERED** on this **14th day of August 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE